UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **National Fair Housing Alliance, Inc.;** )<br>**Savannah-Chatham County Fair Housing** )<br>**Council, Inc.; and Metro Fair Housing** )<br>**Services, Inc.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**S.C. Bodner Company, Inc.; MBA Construction,** )<br>**LLC; Steven C. Bodner; Retreat Apartments of** )<br>**Mobile, LLC; Huntsville Main Street** )<br>**Apartments LLC; Mountain Ranch Apartments** )<br>**LLC; Village at Rice Hope Apartments, LLC;** )<br>**Pavilion Apartments at Plantation Way LLC;** )<br>**LBM Realty, LLC; Spring Lake Apartments at** )<br>**Limited Partnership; Brooklyn Place TIC I,** )<br>**LLC; Brooklyn Place TIC II, LLC; Brooklyn** )<br>**Place TIC III, LLC; Brooklyn Place TIC IV,** )<br>**LLC; Brooklyn Place TIC V, LLC; Brooklyn** )<br>**Place TIC VI, LLC; Brooklyn Place TIC VII,** )<br>**LLC; Brooklyn Place TIC VIII, LLC; Brooklyn** )<br>**Place TIC IX, LLC; Brooklyn Place TIC X,** )<br>**LLC; Brooklyn Place TIC XI, LLC; Brooklyn** )<br>**Place TIC XII, LLC; Brooklyn Place TIC XIII,** )<br>**LLC; Brooklyn Place TIC XIV, LLC; Brooklyn** )<br>**Place TIC XV, LLC; Brooklyn Place TIC XVI,** )<br>**LLC; Brooklyn Place TIC XVII, LLC; Brooklyn** )<br>**Place TIC XVIII, LLC; Brooklyn Place TIC** )<br>**XIX, LLC; Brooklyn Place TIC XX, LLC;** )<br>**Brooklyn Place TIC XXI, LLC; Brooklyn** )<br>**Place TIC XXII, LLC; Brooklyn Place TIC** )<br>**XXIII, LLC; Brooklyn Place TIC XXIV, LLC;** )<br>**Brooklyn Place TIC XXV, LLC; Brooklyn Place** )<br>**TIC XXVI, LLC; Brooklyn Place TIC XXVII,** )<br>**LLC; Brooklyn Place TIC XXVIII, LLC;** )<br>**Brooklyn Place TIC XXIX, LLC; Reserve** )<br>**Apartments, LLC; Cross Lake Apartments,** )<br>**LLC; Twin Creek Apartments, LLC;** )<br>**Whispering Ridge Apartments LLC; Enclave** )<br>**Apartments Covell Village LLC; Village at Quail** )<br>**Springs Apartments, LLC; Morgan Overlook** )<br>**Apartments LLC; Morgan Crescent at** )<br>**Wolfchase Apartments, LLC,** )<br>)<br>Defendants. ) | CASE NO. 1:10-CV-0993-RLY-DML |

**MOTION TO DISMISS
BY DEFENDANTS BROOKLYN PLACE TIC I, LLC THROUGH
<u>BROOKLYN PLACE TIC XXIX, LLC</u>**

Defendants, Brooklyn Place TIC I, LLC through Brooklyn Place TIC XXIX, LLC (collectively "BPTIC"), by counsel, hereby move this Court to dismiss Plaintiffs' claims against BPTIC pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in BPTIC's Memorandum in Support of Motion to Dismiss, Plaintiffs' claim that BPTIC violated the Fair Housing Act, 42 U.S.C. § 3601-3619, fails to state a claim upon which relief can be granted and should be dismissed.

Respectfully submitted,

s/ Andrew W. Gruber
Andrew W. Gruber, #21654-49
Casey J. Eckert, #27092-53
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900
Phone: (317) 635-8900
FAX:   (317) 236-9907
Email: agruber@binghammchale.com
       ceckert@binghammchale.com

## CERTIFICATE OF SERVICE

I hereby certified that on October 15, 2010, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John William Emry, Jr.
John Emry Law
62 W. Jefferson Street
Franklin, IN  46131
johnemrylaw@att.net


Michael Allen
Stephen Dane
Thomas J. Keary
Relman, Dane & Colfax, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C.  20036
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com

John C. Trimble
Theresa R. Parish
Stephanie L. Cassman
LEWIS & WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
jtrimble@lewiswagner.com
tparish@lewiswagner.com
scassman@lewiswagner.com

Charles F.G. Parkinson
HARRIS WELSH & LUKMANN
107 Broadway
Chesterton, IN  46304
219-926-2114
219-926-1503 FAX
cparkinson@hwllaw.com


David K. Herzog
Paul A. Wolfla
Harmony A. Mappes
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
david.herzog@bakerd.com
paul.wolfla@bakerd.com
harmony.mappes@bakerd.com




s/ Andrew W. Gruber
Andrew W. Gruber, #21654-49
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
Phone: (317) 635-8900
FAX:   (317) 236-9907
Email: agruber@binghammchale.com