**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **National Fair Housing Alliance, Inc.;** ) <br> **Savannah-Chatham County Fair Housing** ) <br> **Council, Inc.; and Metro Fair Housing** ) <br> **Services, Inc.,** ) <br>                                                    ) <br>       **Plaintiffs,**                              ) <br>                                                    ) <br>              v.                                    ) <br>                                                    ) <br> **S.C. Bodner Company, Inc.; MBA Construction,** ) <br> **LLC; Steven C. Bodner; Retreat Apartments of** ) <br> **Mobile, LLC; Huntsville Main Street** ) <br> **Apartments LLC; Mountain Ranch Apartments** ) <br> **LLC; Village at Rice Hope Apartments, LLC;** ) <br> **Pavilion Apartments at Plantation Way LLC;** ) <br> **LBM Realty, LLC; Spring Lake Apartments at** ) <br> **Limited Partnership; Brooklyn Place TIC I,** ) <br> **LLC; Brooklyn Place TIC II, LLC; Brooklyn** ) <br> **Place TIC III, LLC; Brooklyn Place TIC IV,** ) <br> **LLC; Brooklyn Place TIC V, LLC; Brooklyn** ) <br> **Place TIC VI, LLC; Brooklyn Place TIC VII,** ) <br> **LLC; Brooklyn Place TIC VIII, LLC; Brooklyn** ) <br> **Place TIC IX, LLC; Brooklyn Place TIC X,** ) <br> **LLC; Brooklyn Place TIC XI, LLC; Brooklyn** ) <br> **Place TIC XII, LLC; Brooklyn Place TIC XIII,** ) <br> **LLC; Brooklyn Place TIC XIV, LLC; Brooklyn** ) <br> **Place TIC XV, LLC; Brooklyn Place TIC XVI,** ) <br> **LLC; Brooklyn Place TIC XVII, LLC; Brooklyn** ) <br> **Place TIC XVIII, LLC; Brooklyn Place TIC** ) <br> **XIX, LLC; Brooklyn Place TIC XX, LLC;** ) <br> **Brooklyn Place TIC XXI, LLC; Brooklyn** ) <br> **Place TIC XXII, LLC; Brooklyn Place TIC** ) <br> **XXIII, LLC; Brooklyn Place TIC XXIV, LLC;** ) <br> **Brooklyn Place TIC XXV, LLC; Brooklyn Place** ) <br> **TIC XXVI, LLC; Brooklyn Place TIC XXVII,** ) <br> **LLC; Brooklyn Place TIC XXVIII, LLC;** ) <br> **Brooklyn Place TIC XXIX, LLC; Reserve** ) <br> **Apartments, LLC; Cross Lake Apartments,** ) <br> **LLC; Twin Creek Apartments, LLC;** ) <br> **Whispering Ridge Apartments LLC;** ) <br> **Mountaineer Place Apartments, LLC ;** ) <br> **Village at Quail Springs Apartments, LLC;** ) <br> **Morgan Overlook Apartments LLC; Morgan** ) <br> **Crescent at Wolfchase Apartments, LLC,** ) <br>                                                    ) <br>       **Defendants.**                              ) | **CASE NO. 1:10-CV-0993-RLY-DML** |

## MOTION TO DISMISS
## BY DEFENDANTS BROOKLYN PLACE TIC I, LLC THROUGH
## BROOKLYN PLACE TIC XXIX, LLC

Defendants, Brooklyn Place TIC I, LLC through Brooklyn Place TIC XXIX, LLC (collectively "BPTIC"), by counsel, hereby move this Court to dismiss Plaintiffs' claims against BPTIC pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in BPTIC's Memorandum in Support of Motion to Dismiss, Plaintiffs' claim that BPTIC violated the Fair Housing Act, 42 U.S.C. § 3601-3619, fails to state a claim upon which relief can be granted and should be dismissed.

Respectfully submitted,

s/ Andrew W. Gruber
Andrew W. Gruber, #21654-49
Casey J. Eckert, #27092-53
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
Phone: (317) 635-8900
FAX:   (317) 236-9907
Email: agruber@binghammchale.com
       ceckert@binghammchale.com

**CERTIFICATE OF SERVICE**

I hereby certified that on May 19, 2011, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| John William Emry, Jr.<br>John Emry Law<br>62 W. Jefferson Street<br>Franklin, IN  46131<br>johnemrylaw@att.net | Charles F.G. Parkinson<br>HARRIS WELSH & LUKMANN<br>107 Broadway<br>Chesterton, IN  46304<br>219-926-2114<br>219-926-1503 FAX<br>cparkinson@hwllaw.com |
| Michael Allen<br>Stephen Dane<br>Thomas J. Keary<br>Relman, Dane & Colfax, PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, D.C.  20036<br>mallen@relmanlaw.com<br>sdane@relmanlaw.com<br>tkeary@relmanlaw.com | David K. Herzog<br>Paul A. Wolfla<br>Harmony A. Mappes<br>BAKER & DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>david.herzog@bakerd.com<br>paul.wolfla@bakerd.com<br>harmony.mappes@bakerd.com |
| John C. Trimble<br>Theresa R. Parish<br>Stephanie L. Cassman<br>LEWIS & WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202-3199<br>jtrimble@lewiswagner.com<br>tparish@lewiswagner.com<br>scassman@lewiswagner.com | |

                                                s/ Andrew W. Gruber
                                                Andrew W. Gruber, #21654-49
                                                BINGHAM MCHALE LLP
                                                2700 Market Tower
                                                10 West Market Street
                                                Indianapolis, IN  46204-4900
                                                Phone: (317) 635-8900
                                                FAX:   (317) 236-9907
                                                Email: agruber@binghammchale.com