UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Cause No. 10-cv-0993-RLY-DML |
| S.C. BODNER COMPANY, INC., et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANT CROSS LAKE APARTMENTS, LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Comes now Defendant Cross Lake Apartments LLC ("Cross Lake") by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6) moves to dismiss Plaintiffs' claims for failure to state a claim upon which relief may be granted and in support of its Motion, states as follows:

1. On May 10, 2011 Plaintiffs filed their Amended Complaint against various "Design/Build" Defendants, "Owner" Defendants, and "Remedial" Defendants.

2. Defendant Cross Lake is named as a "Remedial Defendant."

3. Plaintiffs' Amended Complaint against Cross Lake fails to allege facts sufficient to state a claim upon which relief may be granted and fails to set forth a cause of action.

4. Defendant Cross Lake incorporates herein its Memorandum of Law in Support of its Motion to Dismiss.

WHEREFORE, Defendant Cross Lake prays that this Court grant its Motion to Dismiss and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

GOFFSTEIN, RASKAS, POMERANTZ,
KRAUS & SHERMAN, L.L.C.


By: /s/ Lori R. Koch
    LORI R. KOCH
    lkoch@grlawstl.com
    7701 Clayton Road
    St. Louis, Missouri  63117-1371
    (314) 721-7171 - Telephone
    (314) 721-7765 - Facsimile
    *Attorneys for Defendant Cross Lake*
    *Apartments, LLC*
    *Admitted Pro Hac Vice*


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court electronically on May 20, 2011 and notice of this filing sent to the following parties via the court's electronic filing system:

David K. Herzog
Harmony A. Mappes
Paul A. Wolfla
BAKER & DANIELS
300 N. Meridian, Ste. 2700
Indianapolis, IN 46204
Email: david.herzog@bakerd.com
       harmony.mappes@bakerd.com
       paul.wolfla@bakerd.com

Andrew W. Gruber
Casey Jo Eckert
BINGHAM McHALE, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Email: agruber@binghammchale.com
       cecker@binghammchale.com

John Carl Trimble
Stephanie Lynn Cassman
Theresa Renee Parish
LEWIS WAGNER, LLP
501 Indiana Avenue, Ste. 200
Indianapolis, IN 46202
Email: jtrimble@lewiswagner.com
       scassman@lewiswagner.com
       tparish@lewiswagner.com

John J. Jewell
TRIMBLE & JEWELL, PC
PO Box 1107
706 Court Street
Evansville, IN 47706-1107
Email: jewell@evansville.net

Charles F.G. Parkinson
HARRIS, WELSH & LUKMANN
107 Broadway
Chesterton, IN 46304
Email: cparkinson@hwllaw.com

John William Emry, Jr.
62 West Jefferson Street
Franklin, IN 46131-2311
Email: johnemrylaw@att.net

Christopher D. Oakes
COX, OAKES & ASSOCIATES, LTD.
1051 Perimeter Drive, Ste. 550
Schaumburg, IL 60173
Email: cdoakes@coxattorneys.com

Michael Allen
Stephen Dane
Thomas J. Keary
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Ste. 600
Washington, DC 20036-2456
Email: mallen@relmanlaw.com
      sdane@relmanlaw.com
      tkeary@relmanlaw.com

      /s/ Lori R. Koch