UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc.; Savannah-Chatman County Fair Housing Council, Inc; and Metro Fair Housing Services, Inc. )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>S. C. Bodner Company, Inc.; MBA Construction, LLC; Steven C. Bodner; Retreat Apartments of Mobile LLC; Hunstville Main Street Apartments LLC; Mountain Ranch Apartments LLC; Village Rice Hope Apartments, LLC; Pavilion Apartments at Plantation Way LLC; LBM Realty, LLC; Spring Lake Apartments Limited Partnership; Brooklyn Place TIC I-XXIX, LLC; Reserve Apartments, LLC; Cross Lake Apartments, LLC; Twin Creek Apartments, LLC; Whispering Ridge Apartments, LLC; Mountaineer Place Apartments, LLC; Village at Quail Springs Apartments, LLC; Morgan Overlook Apartments, LLC; and Morgan Crescent at Wolfchase, LLC; Defendants. ) | CAUSE NO. 1:10-cv-00993-RLY-DML |

**<u>DEFENDANTS, MORGAN OVERLOOK APARTMENTS LLC, MORGAN CRESCENT AT WOLFCHASE, LLC, AND HUNSTVILLE MAIN STREET APARTMENTS LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM</u>**

Defendants, Morgan Overlook Apartments LLC ("Morgan Overlook"), Morgan Crescent at Wolfchase, LLC ("Morgan Crescent") and Huntsville Main Street Apartments LLC ("Hunstville"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6) move to dismiss Plaintiffs' claim for violations of the Fair Housing Act for failure to state a claim, and in support hereof states as follows:

1. On August 5, 2010, Plaintiffs filed their Complaint and Request for Jury Trial.

2. On October 18, 2010, Defendants Morgan Overlook, Morgan Crescent, and

Huntsville filed their Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim.

3. On May 9, 2011, Plaintiffs filed their Amended Complaint and Request for Jury Trial.

4. Plaintiffs' Amended Complaint removed Enclave Apartments Covell Village, LLC as a Defendant and added Mountaineer Place Apartments, LLC as a Defendant. Plaintiffs made no other substantive changes to their Amended Complaint.

5. Plaintiffs' claim against Morgan Overlook and Morgan Crescent for alleged violations of the Fair Housing Act should be stricken and dismissed because Plaintiffs fail to allege facts sufficient to state a cause of action under the Fair Housing Act.

6. Plaintiffs do not even state a cause of action against Huntsville.

7. Defendants have prepared a Memorandum in support of their Motion to Dismiss.

WHEREFORE, Defendants, Morgan Overlook Apartments LLC, Morgan Crescent at Wolfchase, LLC and Huntsville Main Street Apartments LLC, by counsel, pray that this Court grant their Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim. Defendants further request that they be awarded costs and disbursements incurred in this action and such other and further relief as this Court may deem just and proper.

**LEWIS WAGNER LLP**

By:  s\Theresa R. Parish
JOHN C. TRIMBLE, #1791-49
STEPHANIE L. CASSMAN, #22206-49
THERESA R. PARISH, #27996-49
Counsel for Defendants Morgan Overlook Apartments LLCM, Morgan Crescent at Wolfchase, LLC and Huntsville Main Street Apartments LLC

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, via the Court's electronic filing system, this 23rd day of May, 2011:

| | |
|---|---|
| John William Emry, Jr.<br>johnemrylaw@att.net | Charles F.G. Parkinson<br>HARRIS WELSH & LUKMANN<br>cparkinson@hwllaw.com |
| David K. Herzog<br>Harmony A. Mappes<br>Paul A. Wolfla<br>BAKER & DANIELS<br>david.herzog@bakerd.com<br>harmony.mappes@bakerd.com<br>paul.wolfla@bakerd.com | Andrew W. Gruber<br>Casey Jo Eckert<br>BINGHAM, McHALE, LLP<br>agruber@binghammchale.com<br>ceckert@binghammchale.com |
| Michael Allen<br>Stephen M. Dane<br>Thomas J. Keary<br>RELMAN, DANE & COLFAX, PLLC<br>mallen@relmanlaw.com<br>sdane@relmanlaw.com<br>tkeary@relmanlaw.com | Christopher D. Oakes<br>COX, OAKES & ASSOCIATES, LTD.<br>cdoakes@coxattorneys.com |
| John Jewell<br>jewell@evansville.net | Lori R. Koch<br>GOFFSTEIN RASKAS POMERANTZ<br>KRAUS & SHERMAN, LLC<br>7701 Clayton Road<br>St. Louis, MO 63117-1371 |

                                                      s\Theresa R. Parish

LEWIS WAGNER, LLP
500 Place
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:     (317) 237-0500
Facsimile:      (317) 630-2790
Q:\CHUB\41\motion_dismiss_amend.doc