UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10-CV-0993-RLY-DML |
| ) | |
| S.C. Bodner Company, Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFFS' AMENDED COMPLAINT AGAINST DEFENDANT LBM REALTY, LLC**

Plaintiffs National Fair Housing Alliance, Inc., Savannah-Chatham County Fair Housing Council, Inc., and Metro Fair Housing Services, Inc. and Defendant LBM Realty, LLC hereby stipulate and agree that the Amended Complaint of Plaintiffs against Defendant LBM Realty, LLC shall be dismissed with prejudice and without costs (other than as set forth in the Stipulated Judgment).  Plaintiffs and Defendant LBM Realty, LLC have previously agreed on the terms of a Stipulated Judgment which was entered by this Court on July 13, 2011.  (Docket Entry No. 129).  In accord with that agreement, these parties have entered into this Stipulation For Dismissal.  The Stipulated Judgment entered by this Court further provides, however, that this Court will retain jurisdiction over this matter to enforce the terms of the Stipulated Judgment.

A proposed Order is attached.


Dated: August 1, 2011


| | |
|---|---|
| /s/ Michael G. Allen<br>Michael G. Allen*<br>Relman, Dane & Colfax, PLLC<br>1225 19th Street, NW, Suite 600<br>Washington DC 20036<br>202-728-1888<br>Fax: 202-728-0848<br>mallen@relmanlaw.com | /s/ Charles F.G. Parkison<br>Charles F.G. Parkinson<br>Harris, Welsh & Luckman<br>107 Broadway<br>Chesterton, IN 46304<br>219-926-2114<br>Fax: 219-926-1503<br>cparkinson@hwllaw.com |

*Attorney for Plaintiffs*

*\*admitted pro hac vice*

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 1, 2011, a copy of the foregoing document and attachments thereto were electronically filed with the Clerk of the Court using the CM/ECF system and will be electronically sent to all parties of record by the Court's electronic filing system.

**David K. Herzog**
**Harmony A. Mappes**
**Paul A. Wolfla**
BAKER & DANIELS - Indianapolis
300 N. Meridian
Suite 2700
Indianapolis, IN 46204
(317) 237-1240
Email: david.herzog@bakerd.com
       harmony.mappes@bakerd.com
       paul.wolfla@bakerd.com

**John Carl Trimble**
**Stephanie Lynn Cassman**
**Theresa Renee Parish**
LEWIS WAGNER LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
(317) 237-0500
Fax: (317) 630-2790
Email: jtrimble@lewiswagner.com
       scassman@lewiswagner.com
       tparish@lewiswagner.com

**Charles F.G. Parkinson**
HARRIS WELSH & LUKMANN
107 Broadway
Chesterton, IN 46304
(219) 926-2114
Fax: (219) 926-1503
Email: cparkinson@hwllaw.com

**Lori R. Koch**
GOFFSTEIN RASKAS POMERANTZ KRAUS & SHERMAN, LLC
7701 Clayton Road
St. Louis, MO 63117-1371
Email: lkoch@grlawstl.com

**Andrew W. Gruber**
**Casey Jo Eckert**
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 968-5381
(317) 968-5491
Fax: (317)236-9907
Email: agruber@binghammchale.com
       ceckert@binghammchale.com

**John J. Jewell**
TRIMBLE & JEWELL PC
P O Box 1107
706 Court Street
Evansville, IN 47706-1107
(812) 421-2979
Fax: (812) 421-2978
Email: jewell@evansville.net

**Christopher D. Oakes**
COX, OAKES & ASSOCIATES, LTD.
1051 Perimeter Drive
Suite 550
Schaumburg, IL 60173
(847) 240-0022
Email: cdoakes@coxattorneys.com

**John William Emry, Jr.**
62 West Jefferson Street
Franklin, IN 46131-2311
(317)736-5800
Fax: (317)736-6070
Email: johnemrylaw@att.net

      I further certify that I have mailed a copy of the foregoing document via the U.S. Postal Service to the following non-CM/ECF participants:  None.

      /s/ Michael G. Allen
Michael G. Allen*
Stephen M. Dane*
Thomas J. Keary*
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com

*Attorneys for Plaintiffs*

*admitted pro hac vice