UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10-CV-0993-RLY-DML |
| ) | |
| S.C. Bodner Company, Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFFS' AMENDED COMPLAINT AGAINST DEFENDANT SPRING LAKE
APARTMENTS LIMITED PARTNERSHIP**

Plaintiffs National Fair Housing Alliance, Inc., Savannah-Chatham County Fair Housing Council, Inc., and Metro Fair Housing Services, Inc. and Defendant Spring Lake Apartments, Limited Partnership hereby stipulate and agree that the Amended Complaint of Plaintiffs against Defendant Spring Lake Apartments Limited Partnership shall be dismissed with prejudice and without costs (other than as set forth in the Stipulated Judgment).  Plaintiffs and Defendant Spring Lake Apartments Limited Partnership have previously agreed on the terms of a Stipulated Judgment which was entered by this Court on July 13, 2011.  (Docket Entry No. 130).  In accord with that agreement, these parties have entered into this Stipulation For Dismissal.  The Stipulated Judgment entered by this Court further provides, however, that this Court will retain jurisdiction over this matter to enforce the terms of the Stipulated Judgment.

A proposed Order is attached.

Dated: August 9, 2011

| | |
|---|---|
| /s/ Michael G. Allen<br>Michael G. Allen*<br>Relman, Dane & Colfax, PLLC<br>1225 19th Street, NW, Suite 600<br>Washington DC 20036<br>202-728-1888<br>Fax: 202-728-0848<br><br>*Attorney for Plaintiffs* | /s/ Christopher D. Oakes<br>Christopher D. Oakes<br>Cox, Oakes & Associates, LTD.<br>1051 Perimeter Drive Suite 550<br>Schaumburg, IL 60173<br>847- 240-0022<br><br>*Attorney for Defendant Spring Lake Apartments, LP* |

*admitted pro hac vice

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 9, 2011, a copy of the foregoing document and attachments thereto were electronically filed with the Clerk of the Court using the CM/ECF system and will be electronically sent to all parties of record by the Court's electronic filing system.

| | |
|---|---|
| **David K. Herzog** <br> **Harmony A. Mappes** <br> **Paul A. Wolfla** <br> BAKER & DANIELS - Indianapolis <br> 300 N. Meridian <br> Suite 2700 <br> Indianapolis, IN 46204 <br> (317) 237-1240 <br> Email: david.herzog@bakerd.com <br>    harmony.mappes@bakerd.com <br>    paul.wolfla@bakerd.com | **Andrew W. Gruber** <br> **Casey Jo Eckert** <br> BINGHAM MCHALE LLP <br> 2700 Market Tower <br> 10 West Market Street <br> Indianapolis, IN 46204 <br> (317) 968-5381 <br> (317) 968-5491 <br> Fax: (317)236-9907 <br> Email: agruber@binghammchale.com <br>    ceckert@binghammchale.com |
| **John Carl Trimble** <br> **Stephanie Lynn Cassman** <br> **Theresa Renee Parish** <br> LEWIS WAGNER LLP <br> 501 Indiana Avenue <br> Suite 200 <br> Indianapolis, IN 46202 <br> (317) 237-0500 <br> Fax: (317) 630-2790 <br> Email: jtrimble@lewiswagner.com <br>    scassman@lewiswagner.com <br>    tparish@lewiswagner.com | **John J. Jewell** <br> TRIMBLE & JEWELL PC <br> P O Box 1107 <br> 706 Court Street <br> Evansville, IN 47706-1107 <br> (812) 421-2979 <br> Fax: (812) 421-2978 <br> Email: jewell@evansville.net |
| **Charles F.G. Parkinson** <br> HARRIS WELSH & LUKMANN <br> 107 Broadway <br> Chesterton, IN 46304 <br> (219) 926-2114 <br> Fax: (219) 926-1503 <br> Email: cparkinson@hwllaw.com | **Christopher D. Oakes** <br> COX, OAKES & ASSOCIATES, LTD. <br> 1051 Perimeter Drive <br> Suite 550 <br> Schaumburg, IL 60173 <br> (847) 240-0022 <br> Email: cdoakes@coxattorneys.com |
| **Lori R. Koch** <br> GOFFSTEIN RASKAS POMERANTZ KRAUS & SHERMAN, LLC <br> 7701 Clayton Road <br> St. Louis, MO 63117-1371 <br> Email: lkoch@grlawstl.com | **John William Emry, Jr.** <br> 62 West Jefferson Street <br> Franklin, IN 46131-2311 <br> (317)736-5800 <br> Fax: (317)736-6070 <br> Email: johnemrylaw@att.net |

I further certify that I have mailed a copy of the foregoing document via the U.S. Postal Service to the following non-CM/ECF participants: None.

/s/ Michael G. Allen
Michael G. Allen*
Stephen M. Dane*
Thomas J. Keary*
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com

*Attorneys for Plaintiffs*

*admitted pro hac vice