# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10-CV-0993-RLY-DML |
| ) | |
| S.C. Bodner Company, Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER DISMISSING DEFENDANT LBM REALTY, INC.

This matter is before the Court by Stipulation For Dismissal, With Prejudice, of Plaintiffs' Amended Complaint Against Defendant LBM Realty LLC which was entered into by Plaintiffs National Fair Housing Alliance, Inc., Savannah-Chatham County Fair Housing Council, Inc., and Metro Fair Housing Services, Inc. and Defendant LBM Realty, LLC.  Having considered the foregoing stipulation:

IT IS NOW ORDERED that Plaintiffs' claims against Defendant LBM Realty, LLC, are DISMISSED, with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS FINALLY ORDERED that the Court shall retain continuing jurisdiction to enforce the terms of the Stipulated Judgment entered by this Court on June 13, 2011.  (Docket Entry No. 129).

Dated: 08/10/2011

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

**David K. Herzog**
**Harmony A. Mappes**
**Paul A. Wolfla**
BAKER & DANIELS - Indianapolis
300 N. Meridian
Suite 2700
Indianapolis, IN 46204
(317) 237-1240
Email: david.herzog@bakerd.com
 harmony.mappes@bakerd.com
 paul.wolfla@bakerd.com

**John Carl Trimble**
**Stephanie Lynn Cassman**
**Theresa Renee Parish**
LEWIS WAGNER LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
(317) 237-0500
Fax: (317) 630-2790
Email: jtrimble@lewiswagner.com
 scassman@lewiswagner.com
 tparish@lewiswagner.com

**Charles F.G. Parkinson**
HARRIS WELSH & LUKMANN
107 Broadway
Chesterton, IN 46304
(219) 926-2114
Fax: (219) 926-1503
Email: cparkinson@hwllaw.com

**Lori R. Koch**
GOFFSTEIN RASKAS POMERANTZ
KRAUS & SHERMAN, LLC
7701 Clayton Road
St. Louis, MO 63117-1371
Email: lkoch@grlawstl.com

**Andrew W. Gruber**
**Casey Jo Eckert**
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 968-5381
(317) 968-5491
Fax: (317)236-9907
Email: agruber@binghammchale.com
 ceckert@binghammchale.com

**John J. Jewell**
TRIMBLE & JEWELL PC
P O Box 1107
706 Court Street
Evansville, IN 47706-1107
(812) 421-2979
Fax: (812) 421-2978
Email: jewell@evansville.net

**Christopher D. Oakes**
COX, OAKES & ASSOCIATES, LTD.
1051 Perimeter Drive
Suite 550
Schaumburg, IL 60173
(847) 240-0022
Email: cdoakes@coxattorneys.com

**John William Emry, Jr.**
62 West Jefferson Street
Franklin, IN 46131-2311
(317)736-5800
Fax: (317)736-6070
Email: johnemrylaw@att.net