UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Cause No. 1:10-cv-0993-RLY-DML |
| ) | |
| v. ) | |
| ) | |
| S.C. Bodner Company, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO RELEASE MOUNTAINEER PLACE
### FROM THE COURT'S CONTINUED JURISDICTION

Plaintiffs National Fair Housing Alliance, Inc., Metro Fair Housing Services, Inc., and Savannah-Chatham County Fair Housing Council, Inc. and Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner (together, the "Remaining Bodner Defendants"), by and through counsel, hereby move the Court for an Order Releasing Mountaineer Place from the Court's continued jurisdiction. In support of their joint motion, Plaintiffs and the Remaining Bodner Defendants state as follows:

1. On May 11, 2011, the Court entered a Stipulated Judgment addressing claims brought by Plaintiffs against and concerning, among other defendants and properties, Mountaineer Place Apartments, LLC and Mountaineer Place in Morgantown, West Virginia ("Mountaineer Place"). (Dkt. # 99, pp. 1-2).

2. On June 6, 2011, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Order of Partial Dismissal, which, among other things, ordered the dismissal, with prejudice, of Plaintiffs' claims against the Bodner Defendants regarding their role in the design and construction of, among other properties, Mountaineer Place. (Dkt. # 119) The Court's June 6 Order states that the "Court shall retain continuing

jurisdiction to enforce the terms of the Stipulated Judgment entered by this Court on May 11, 2011." *Id.*

3. Plaintiffs and the Remaining Bodner Defendants have entered into an agreement concerning Mountaineer Place. Pursuant to the terms of said agreement, Plaintiffs and the Remaining Bodner Defendants have agreed on all matters pertaining to Mountaineer Place and the inspection and remediation work related thereto.

4. The parties agree that, in view of the obligations that have been undertaken by the Remaining Bodner Defendants in the above-referenced agreement, there is nothing left for the Court to do with respect to Mountaineer Place, and the Court need not retain jurisdiction over this action as it relates to Mountaineer Place.

WHEREFORE, Plaintiffs and the Remaining Bodner Defendants respectfully request that the Court enter an Order granting this motion and releasing Mountaineer Place from the Court's continued jurisdiction.

Respectfully submitted,

s/ Paul A. Wolfla
David K. Herzog (#8021-49)
Paul A. Wolfla (#24709-49)
Harmony A. Mappes (#27237-49)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: david.herzog@bakerd.com
paul.wolfla@bakerd.com
harmony.mappes@bakerd.com

*Attorneys for Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner*

2

<u>s/ Michael G. Allen (with email authorization)</u>
Michael G. Allen
Stephen Dane
Thomas J. Keary
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC  20036-2456
Telephone: (202) 728-1888
Facsimile:  (202) 728-0848
Email:   mallen@relmanlaw.com
           sdane@relmanlaw.com
           tkeary@relmanlaw.com

*Attorneys for Plaintiffs National Fair Housing Alliance, Inc., Metro Fair Housing Services, Inc., and Savannah-Chatham County Fair Housing Council, Inc.*

3

BDDB01 9023947v1

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2011, a copy of the foregoing Joint Motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Michael Allen<br>Stephen Dane<br>Thomas J. Keary<br>RELMAN, DANE & COLFAX, PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, DC  20036-2456<br>mallen@relmanlaw.com<br>sdane@relmanlaw.com<br>tkeary@relmanlaw.com | John W. Emry, Jr.<br>JOHN EMRY LAW<br>62 W. Jefferson Street<br>Franklin, IN  46131<br>johnemrylaw@att.net |
| Andrew W. Gruber<br>Casey Jo Eckert<br>BINGHAM MCHALE LLP<br>10 West Market Street, Suite 2700<br>Indianapolis, IN  46204<br>agruber@binghammchale.com<br>ceckert@binghammchale.com | John C. Trimble<br>Theresa R. Parish<br>Stephanie L. Cassman<br>LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202-3199<br>jtrimble@lewiswagner.com<br>tparish@lewiswagner.com<br>scassman@lewiswagner.com |
| Charles F.G. Parkinson<br>HARRIS WELSH & LUKMANN<br>107 Broadway<br>Chesterton, IN  46304<br>cparkinson@hwllaw.com | Christopher D. Oakes<br>COX, OAKES & ASSOCIATES, LTD.<br>1051 Perimeter Drive, Suite 550<br>Schaumburg, IL  60173<br>cdoakes@coxattorneys.com |
| John J. Jewell<br>TRIMBLE & JEWELL P.C.<br>P.O. Box 1107<br>706 Court Street<br>Evansville, IN  47706-1107<br>jewell@evansville.net | Lori R. Koch<br>GOFFSTEIN, RASKAS, POMERANTZ,<br>KRAUS & SHERMAN, L.L.C.<br>7701 Clayton Road<br>St. Louis, MO  63117-1371<br>lkoch@grlawstl.com |

s/ Paul A. Wolfla