# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:10-CV-0993-RLY-DML |
| | ) |
| S.C. Bodner Company, Inc., *et al.* | ) |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) |

## JOINT CASE STATUS REPORT

The parties hereby submit this case status report and proposed scheduling order for the resumption of the litigation, in accord with the Court's Order of October 19, 2011 staying all proceedings until February 10, 2012 or until such time as the Court rules on the motions to dismiss filed by the Morgan Defendants, Defendants Brooklyn Place TIC I, LLC through TIC XXIX, LLC and Defendant Cross Lake.  (Docket No. 141).  An entry on these motions to dismiss was filed on February 17, 2012.  (Docket No. 154).

Plaintiffs and the remaining Bodner defendants, who are S.C. Bodner Company, Inc., MBA Construction, LLC and Steven C. Bodner, and the remaining owner defendants, who are Brooklyn Place TIC I, LLC through TIC XXIX, LLC, Cross Lake Apartments, LLC, Huntsville Main Street Apartments LLC, Morgan Overlook Apartments LLC and Morgan Crescent at Wolfchase Apartments LLC, have met and consulted on a new schedule for the resumption of the litigation and jointly propose the following:

A.      Plaintiffs shall file preliminary witness and exhibit lists on or before July 10, 2012 [no later than 5 months from the end of the stay].

B.      Defendants shall file preliminary witness and exhibit lists on or before August 10, 2012 [no later than 6 months from the end of the stay].

C.      All motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before July 10, 2012 [no later than 5 months from the end of the stay].

D.      Plaintiffs shall serve Defendants (but not file with the Court) a statement of special damages, if any, and make a settlement demand, on or before July 10, 2012 [no later than 5 months from the end of the stay].  Defendants shall serve Plaintiffs (but not file with the Court) a response thereto within 30 days after receipt of the demand.

E.      Plaintiffs shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) on or before October 10, 2012 [no later than 8 months from the end of the stay].  However, if Plaintiffs use expert witness testimony at the summary judgment stage, such disclosures must be made no later than 90 days prior to the summary judgment deadline.

F.      Defendants shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) within 30 days after Plaintiffs serve their expert witness disclosure; or if none, Defendants shall make their expert disclosures on or before November 10, 2012 [no later than 9 months from the end of the stay].  However, if Defendants use expert witness testimony at the summary judgment stage, such disclosures must be made no later than 60 days prior to the summary judgment deadline.

G.      Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than 60 days before the trial date.  Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56.1.

H.      All parties shall file and serve their final witness and exhibit lists on or before December 10, 2012 [no later than 10 months from the end of the stay].

I.      Dispositive motions are expected and shall be filed by October 10, 2012 [no later than 8 months from the end of the stay]; non-expert witness discovery and discovery relating to liability issues shall be completed by September 10, 2012 [no later than 7 months from the end of the stay]; expert witness discovery and discovery relating to damages shall be completed by October 10, 2012 [no later than 8 months from the end of the stay].

J.      The presumptive trial date is 12 months from the end of the stay.  The parties request a trial date in February 2013.

Unless modified by the forgoing, the case management plan entered by the Court on June 27, 2011 (Docket No. 123, 124) shall be controlling.

A proposed Order is attached.

Dated: February 21, 2012

Respectfully submitted:

 /s/ Michael G. Allen
Michael G. Allen
Stephen M. Dane
Thomas J. Keary
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC  20036-2456
(202)728-1888
Fax: (202) 728-0848
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com

John William Emry, Jr.
62 West Jefferson Street
Franklin, IN 46131-2311
(317) 736-5800
Fax: (317) 736-6070
johnemrylaw@att.net

*Attorneys for Plaintiffs National Fair Housing Alliance, Inc.; Savannah-Chatham County Fair Housing Council, Inc.; and Metro Fair Housing Services, Inc.*

 /s/ Paul A. Wolfla
David K. Herzog
Harmony A. Mappes
Paul A. Wolfla
BAKER & DANIELS - Indianapolis
300 N. Meridian
Suite 2700
Indianapolis, IN 46204
(317) 237-1240
Fax: (317) 237-1000
david.herzog@bakerd.com
 harmony.mappes@bakerd.com
 paul.wolfla@bakerd.com

*Attorneys for Defendants S.C. Bodner Company, Inc.; MBA Construction, LLC; and Steven C. Bodner*

 /s/ Andrew W. Gruber
Andrew W. Gruber
Casey Jo Eckert
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 968-5381
(317) 968-5491
Fax: (317)236-9907
agruber@binghammchale.com
ceckert@binghammchale.com

*Attorneys for Defendants Brooklyn Place TIC I, LLC through Brooklyn Place TIC XXIX, LLC*

 /s/ Lori R. Koch
Lori R. Koch
GOFFSTEIN RASKAS POMERANTZ KRAUS & SHERMAN, LLC
7701 Clayton Road
St. Louis, MO 63117-1371
314-721-7171
Fax: 314-721-7765
lkoch@grlawstl.com

John J. Jewell
TRIMBLE & JEWELL PC
PO Box 1107
706 Court Street
Evansville, IN 47706-1107
(812) 421-2979
Fax: (812) 421-2978
jewell@evansville.net

*Attorneys for Defendant Cross Lake Apartments, LLC*

4

_/s/ Stephanie Lynn Cassman__
John Carl Trimble
Stephanie Lynn Cassman
Theresa Renee Parish
LEWIS WAGNER LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
(317) 237-0500
Fax: (317) 630-2790
jtrimble@lewiswagner.com
scassman@lewiswagner.com
tparish@lewiswagner.com

*Attorneys for Defendants Huntsville Main
Street Apartments LLC; Morgan Overlook
Apartments LLC; and Morgan Crescent at
Wolfchase Apartments LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 21, 2012, a copy of the foregoing document and attachments thereto were electronically filed with the Clerk of the Court using the CM/ECF system and will be electronically sent to all parties of record by the Court's electronic filing system.

**David K. Herzog**
**Harmony A. Mappes**
**Paul A. Wolfla**
BAKER & DANIELS - Indianapolis
300 N. Meridian
Suite 2700
Indianapolis, IN 46204
(317) 237-1240
Fax: (317) 237-1000
Email: david.herzog@bakerd.com
        harmony.mappes@bakerd.com
        paul.wolfla@bakerd.com

**John Carl Trimble**
**Stephanie Lynn Cassman**
**Theresa Renee Parish**
LEWIS WAGNER LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
(317) 237-0500
Fax: (317) 630-2790
Email: jtrimble@lewiswagner.com
        scassman@lewiswagner.com
        tparish@lewiswagner.com

**Charles F.G. Parkinson**
HARRIS WELSH & LUKMANN
107 Broadway
Chesterton, IN 46304
(219) 926-2114
Fax: (219) 926-1503
Email: cparkinson@hwllaw.com

**Lori R. Koch**
GOFFSTEIN RASKAS POMERANTZ
KRAUS & SHERMAN, LLC
7701 Clayton Road
St. Louis, MO 63117-1371
Email:  lkoch@grlawstl.com

**Andrew W. Gruber**
**Casey Jo Eckert**
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 968-5381
(317) 968-5491
Fax: (317)236-9907
Email: agruber@binghammchale.com
        ceckert@binghammchale.com

**John J. Jewell**
TRIMBLE & JEWELL PC
P O Box 1107
706 Court Street
Evansville, IN 47706-1107
(812) 421-2979
Fax: (812) 421-2978
Email: jewell@evansville.net

**Christopher D. Oakes**
COX, OAKES & ASSOCIATES, LTD.
1051 Perimeter Drive
Suite 550
Schaumburg, IL 60173
(847) 240-0022
Email: cdoakes@coxattorneys.com

**John William Emry, Jr.**
62 West Jefferson Street
Franklin, IN 46131-2311
(317)736-5800
Fax: (317)736-6070
Email: johnemrylaw@att.net

6

I further certify that I have mailed a copy of the foregoing document via the U.S. Postal Service to the following non-CM/ECF participants:  None.

 /s/ Michael G. Allen
Michael G. Allen*
Stephen M. Dane*
Thomas J. Keary*
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com

*Attorneys for Plaintiffs*

*admitted pro hac vice*

7