UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> S.C. Bodner Company, Inc., *et al.*, ) <br> ) <br> Defendants. ) | Cause No. 1:10-cv-0993-RLY-DML |

## JOINT MOTION TO RELEASE MOUNTAIN RANCH
## APARTMENTS FROM THE COURT'S CONTINUED JURISDICTION

Plaintiffs National Fair Housing Alliance, Inc., Metro Fair Housing Services, Inc., and Savannah-Chatham County Fair Housing Council, Inc. and Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner (together, the "Remaining Bodner Defendants"), by and through counsel, hereby move the Court for an Order Releasing Mountain Ranch Apartments LLC and Mountain Ranch Apartments from the Court's continued jurisdiction. In support of their joint motion, Plaintiffs and the Remaining Bodner Defendants state as follows:

1. On May 11, 2011, the Court entered a Stipulated Judgment addressing claims brought by Plaintiffs against and concerning, among other defendants and properties, Mountain Ranch Apartments LLC and Mountain Ranch Apartments, in Fayetteville, Arkansas (together "Mountain Ranch"). (Dkt. # 99, pp. 1-2).

2. On June 6, 2011, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Order of Partial Dismissal, which, among other things, ordered the dismissal, with prejudice, of Plaintiffs' claims against the Bodner Defendants regarding their role in the design and construction of, among other properties, Mountain Ranch.

(Dkt. # 119) The Court's June 6 Order states that the "Court shall retain continuing jurisdiction to enforce the terms of the Stipulated Judgment entered by this Court on May 11, 2011." *Id.*

3. Pursuant to the terms of the Stipulated Judgment and matters incorporated therein, the Bodner Defendants have completed all retrofits and remedial work required to be performed at Mountain Ranch pursuant to the Stipulated Judgment.

4. On July 7, 2012, Plaintiffs received the Inspector's Retrofit Inspection Report for Mountain Ranch, which verifies that all such retrofits and remedial work have been completed.

5. Plaintiffs have not lodged any objections to that Report under the Stipulated Judgment and matters incorporated therein, including, without limitation, the "Performance Protocol," and specifically, ¶ 10 of the Performance Protocol.

6. In accord with ¶ 12 the Performance Protocol, Plaintiffs agree that the Inspector's findings of compliance with the Stipulated Judgment for Mountain Ranch are now final and binding on the Parties, including Plaintiffs, and shall fully discharge the Bodner Defendants from any further obligation as to Mountain Ranch.

7. In accord with ¶ 13 the Performance Protocol, the Inspector's determination of satisfactory completion of the items on the Punch List for Mountain Ranch, to which Plaintiffs have not interposed an objection, brings Mountain Ranch into compliance with the provisions of the Stipulated Judgment.

8. The parties agree that, in view of the satisfactory completion of all retrofits identified in the Survey Report for Mountain Ranch, there is nothing left for the Court to do

with respect to Mountain Ranch, and the Court need not retain jurisdiction over this action as it relates to Mountain Ranch.

WHEREFORE, Plaintiffs and the Remaining Bodner Defendants respectfully request that the Court enter an Order granting this motion and releasing Mountain Ranch from the Court's continued jurisdiction.

    Respectfully submitted,

    s/ Paul A. Wolfla
    David K. Herzog (#8021-49)
    Paul A. Wolfla (#24709-49)
    Harmony A. Mappes (#27237-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, IN  46204-1782
    Telephone: (317) 237-0300
    Facsimile:  (317) 237-1000
    Email:  david.herzog@faegrebd.com
        paul.wolfla@faegrebd.com
        harmony.mappes@faegrebd.com

*Attorneys for Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner*

    s/ Michael G. Allen (with email authorization)
    Michael G. Allen
    Stephen Dane
    Thomas J. Keary
    RELMAN, DANE & COLFAX, PLLC
    1225 19th Street, N.W., Suite 600
    Washington, DC  20036-2456
    Telephone: (202) 728-1888
    Facsimile:  (202) 728-0848
    Email:  mallen@relmanlaw.com
        sdane@relmanlaw.com
        tkeary@relmanlaw.com

*Attorneys for Plaintiffs National Fair Housing Alliance, Inc., Metro Fair Housing Services, Inc., and Savannah-Chatham County Fair Housing Council, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, a copy of the foregoing Joint Motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Michael Allen<br>Stephen Dane<br>Thomas J. Keary<br>RELMAN, DANE & COLFAX, PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036-2456<br>mallen@relmanlaw.com<br>sdane@relmanlaw.com<br>tkeary@relmanlaw.com | John W. Emry, Jr.<br>JOHN EMRY LAW<br>62 W. Jefferson Street<br>Franklin, IN 46131<br>johnemrylaw@att.net |
| Andrew W. Gruber<br>Casey Jo Eckert<br>BINGHAM MCHALE LLP<br>10 West Market Street, Suite 2700<br>Indianapolis, IN 46204<br>agruber@binghammchale.com<br>ceckert@binghammchale.com | John C. Trimble<br>Theresa R. Parish<br>Stephanie L. Cassman<br>LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN 46202-3199<br>jtrimble@lewiswagner.com<br>tparish@lewiswagner.com<br>scassman@lewiswagner.com |
| Charles F.G. Parkinson<br>HARRIS WELSH & LUKMANN<br>107 Broadway<br>Chesterton, IN 46304<br>cparkinson@hwllaw.com | Christopher D. Oakes<br>COX, OAKES & ASSOCIATES, LTD.<br>1051 Perimeter Drive, Suite 550<br>Schaumburg, IL 60173<br>cdoakes@coxattorneys.com |
| John J. Jewell<br>TRIMBLE & JEWELL P.C.<br>P.O. Box 1107<br>706 Court Street<br>Evansville, IN 47706-1107<br>jewell@evansville.net | Lori R. Koch<br>GOFFSTEIN, RASKAS, POMERANTZ,<br>KRAUS & SHERMAN, L.L.C.
7701 Clayton Road<br>St. Louis, MO 63117-1371<br>lkoch@grlawstl.com |

s/ Paul A. Wolfla

4

BDDB01 9352707v1