UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.*, | ) |
| Plaintiffs, | ) Cause No. 1:10-cv-0993-RLY-DML |
| v. | ) |
| S.C. Bodner Company, Inc., *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION TO ENTER AN ORDER CONFIRMING
FULL PERFORMANCE OF THE BODNER DEFENDANTS'
OBLIGATIONS UNDER THE COURT'S MAY 11, 2011 JUDGMENT**

Plaintiffs National Fair Housing Alliance, Inc., Metro Fair Housing Services, Inc., and Savannah-Chatham County Fair Housing Council, Inc. and Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner (together, the "Remaining Bodner Defendants"), by and through counsel, hereby request that the Court enter an Order confirming that the Bodner Defendants (defined below) have performed all of their obligations under the Court's May 11, 2011 Stipulated Judgment. In support of this motion, Plaintiffs and the Remaining Bodner Defendants state:

1. On May 11, 2011, the Court entered a Stipulated Judgment addressing claims under the Federal Housing Act (Title VIII of the Civil Rights Act of 1968, as amended by the Fair housing Amendments Act of 1988, and amendments thereto) and the Americans with Disabilities Act brought by Plaintiffs against the Remaining Bodner Defendants; Retreat Apartments of Mobile, LLC; Mountain Ranch Apartments, LLC; Village at Rice Hope Apartments, LLC; Pavilion Apartments at Plantation Way, LLC; Reserve Apartments, LLC; Twin Creek Apartments, LLC; Whispering Ridge

Apartments, LLC; Mountaineer Place Apartments, LLC; and Village at Quail Springs Apartments, LLC (together, the "Bodner Defendants"). (Dkt. # 99, pp. 1-2).

2. On June 6, 2011, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Order of Partial Dismissal, which, among other things, ordered the dismissal, with prejudice, of Plaintiffs' claims against the Bodner Defendants regarding their role in the design and construction of certain apartment complex properties specified in the Order. (Dkt. # 119) The Court's June 6 Order states that the "Court shall retain continuing jurisdiction to enforce the terms of the Stipulated Judgment entered by this Court on May 11, 2011." *Id.*

3. The Bodner Defendants have fully performed all of the obligations imposed upon them by the terms of the May 11, 2011 Stipulated Judgment.

WHEREFORE, Plaintiffs and the Remaining Bodner Defendants respectfully request that the Court enter an Order confirming that the Bodner Defendants have performed all of the obligations imposed upon them by the Court's May 11, 2011 Stipulated Judgment.

Respectfully submitted,

s/ Paul A. Wolfla
David K. Herzog (#8021-49)
Paul A. Wolfla (#24709-49)
Harmony A. Mappes (#27237-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
Email:  david.herzog@faegrebd.com
         paul.wolfla@faegrebd.com
         harmony.mappes@faegrebd.com

*Attorneys for Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner*

3

s/ Michael G. Allen (with email authorization)
Michael G. Allen
Stephen Dane
Thomas J. Keary
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC  20036-2456
Telephone: (202) 728-1888
Facsimile:  (202) 728-0848
Email:  mallen@relmanlaw.com
         sdane@relmanlaw.com
         tkeary@relmanlaw.com

*Attorneys for Plaintiffs National Fair Housing Alliance, Inc., Metro Fair Housing Services, Inc., and Savannah-Chatham County Fair Housing Council, Inc.*

BDDB01 9363519v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2012, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Michael Allen<br>Stephen Dane<br>Thomas J. Keary<br>RELMAN, DANE & COLFAX, PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, DC  20036-2456<br>mallen@relmanlaw.com<br>sdane@relmanlaw.com<br>tkeary@relmanlaw.com | John W. Emry, Jr.<br>JOHN EMRY LAW<br>62 W. Jefferson Street<br>Franklin, IN  46131<br>johnemrylaw@att.net |
| Andrew W. Gruber<br>Casey Jo Eckert<br>BINGHAM MCHALE LLP<br>10 West Market Street, Suite 2700<br>Indianapolis, IN  46204<br>agruber@binghammchale.com<br>ceckert@binghammchale.com | John C. Trimble<br>Theresa R. Parish<br>Stephanie L. Cassman<br>LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202-3199<br>jtrimble@lewiswagner.com<br>tparish@lewiswagner.com<br>scassman@lewiswagner.com |
| Charles F.G. Parkinson<br>HARRIS WELSH & LUKMANN<br>107 Broadway<br>Chesterton, IN  46304<br>cparkinson@hwllaw.com | Christopher D. Oakes<br>COX, OAKES & ASSOCIATES, LTD.<br>1051 Perimeter Drive, Suite 550<br>Schaumburg, IL  60173<br>cdoakes@coxattorneys.com |
| John J. Jewell<br>TRIMBLE & JEWELL P.C.<br>P.O. Box 1107<br>706 Court Street<br>Evansville, IN  47706-1107<br>jewell@evansville.net | Lori R. Koch<br>GOFFSTEIN, RASKAS, POMERANTZ,<br>KRAUS & SHERMAN, L.L.C.<br>7701 Clayton Road<br>St. Louis, MO  63117-1371<br>lkoch@grlawstl.com |

s/ Paul A. Wolfla

BDDB01 9363519v1