UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-00993-RLY-DML |
| ) | |
| S.C. Bodner Company, Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT**
**DISMISSING ALL CLAIMS AGAINST THE REMAINING BODNER DEFENDANTS**

Plaintiffs National Fair Housing Alliance, Inc., Savannah-Chatham County Fair Housing Council, Inc., and Metro Fair Housing Services, Inc. hereby move, unopposed, for the entry of a final judgment that dismisses with prejudice the claims set forth in the Amended Complaint against Defendants S.C. Bodner Company, Inc., MBA Construction, LLC and Steven C. Bodner for their role in the design and construction of: Main Street Apartments in Huntsville, Alabama; Summer Place Apartments in Granger, Indiana; Spring Lake Apartments in Granger, Indiana; Brooklyn Place Apartments in Evansville, Indiana; Cross Lake Apartments in Evansville, Indiana; Overlook at Golden Hills in Lexington, South Carolina; and Crescent at Wolfchase in Memphis, Tennessee. The referenced properties are the subjects of Stipulated Judgments that have been entered by the Court since the May 11, 2011 Stipulated Judgment concerning the Bodner-owned entities. *See* Dkt. 129 (LBM/Summer Place – 7-13-11); Dkt. 130 (Spring Lake – 7-13-11); Dkt. 190 (Cross Lake – 8-24-12); Dkt. 193 (Brooklyn Place – 10-22-12); and Dkt. 194 (Morgan – 10-22-12).

On June 6, 2011, the Court entered an order dismissing with prejudice the claims set forth in the Amended Complaint against Defendants S.C. Bodner Company, Inc., MBA Construction, LLC and Steven C. Bodner for their role in the design and construction of: the Retreat at Schillinger Apartments in Mobile, Alabama; Mountain Ranch Apartments in Fayetteville, Arkansas; Village at Rice Hope Apartments in Port Wentworth, Georgia; Pavilion at Plantation Way in Macon, Georgia; The Reserve Townhomes and Apartments in Evansville, Indiana; Pavilion at Twin Creek in Bellevue, Nebraska; Whispering Ridge Apartments in Omaha, Nebraska; Village at Quail Springs in Oklahoma City, Oklahoma; and Mountaineer Place in Morgantown, West Virginia. *See* Dkt. 119. In that same order, the Court dismissed with prejudice the claims set forth in the Amended Complaint against: Defendants Retreat Apartments of Mobile, LLC; Mountain Ranch Apartments LLC; Village at Rice Hope Apartments LLC; Pavilion Apartments at Plantation Way LLC; Reserve Apartments, LLC; Twin Creek Apartments, LLC; Whispering Ridge Apartments LLC; Mountaineer Place Apartments LLC; and Village at Quail Springs Apartments, LLC, who are the owners of the properties dismissed on June 6, 2011. *Id.*

The purpose of this motion is to terminate this litigation in its entirety with respect to Defendants S.C. Bodner Company, Inc., MBA Construction, LLC, and Steven C. Bodner. Accordingly, Plaintiffs respectfully request that the Court grants this motion and enters a final judgment dismissing with prejudice the remaining claims against Defendants S.C. Bodner Company, Inc., MBA Construction, LLC and Steven C. Bodner described above.

Respectfully Submitted,

*[signature]*

Michael G. Allen*
Stephen M. Dane*
Thomas J. Keary*
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com
* *Admitted pro hac vice*


John Emry (Indiana Bar No. 8360-49)
JOHN EMRY LAW
62 W. Jefferson Street
Franklin, IN 46131
Tel: 317-736-5800
Fax: 317-736-6070
johnemrylaw@att.net

*Attorneys for Plaintiffs*

Dated: October 25, 2012

# CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2012, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be electronically sent to all parties of record by the Court's electronic filing system:

**David K. Herzog**
**Harmony A. Mappes**
**Paul A. Wolfla**
BAKER & DANIELS - Indianapolis
300 N. Meridian
Suite 2700
Indianapolis, IN 46204
(317) 237-1240
Email: david.herzog@bakerd.com
    harmony.mappes@bakerd.com
    paul.wolfla@bakerd.com

**John Carl Trimble**
**Stephanie Lynn Cassman**
**Theresa Renee Parish**
LEWIS WAGNER LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
(317) 237-0500
Fax: (317) 630-2790
Email: jtrimble@lewiswagner.com
    scassman@lewiswagner.com
    tparish@lewiswagner.com

**Charles F.G. Parkinson**
HARRIS WELSH & LUKMANN
107 Broadway
Chesterton, IN 46304
(219) 926-2114
Fax: (219) 926-1503
Email: cparkinson@hwllaw.com

**Lori R. Koch**
GOFFSTEIN RASKAS POMERANTZ
KRAUS & SHERMAN, LLC
7701 Clayton Road
St. Louis, MO 63117-1371
Email: lkoch@grlawstl.com

**Andrew W. Gruber**
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 968-5381
(317) 968-5491
Fax: (317)236-9907
Email: agruber@binghammchale.com

**John J. Jewell**
TRIMBLE & JEWELL PC
P O Box 1107
706 Court Street
Evansville, IN 47706-1107
(812) 421-2979
Fax: (812) 421-2978
Email: jewell@evansville.net

**Christopher D. Oakes**
COX, OAKES & ASSOCIATES, LTD.
1051 Perimeter Drive
Suite 550
Schaumburg, IL 60173
(847) 240-0022
Email: cdoakes@coxattorneys.com

**John William Emry, Jr.**
62 West Jefferson Street
Franklin, IN 46131-2311
(317)736-5800
Fax: (317)736-6070
Email: johnemrylaw@att.net

I further certify that I have mailed a copy of the foregoing document via the U.S. Postal Service to the following non-CM/ECF participants: None.

    /s/ Michael G. Allen
Michael G. Allen*
Stephen M. Dane*
Thomas J. Keary*
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
sdane@relmanlaw.com
tkeary@relmanlaw.com

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice*