UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., *et al.* )<br>  Plaintiffs, )<br> )<br>v. )<br> )<br>S.C. Bodner Company, Inc., *et al.* )<br>  Defendants. )<br> ) | Case No. 1:10-CV-0993-RDL-DML |

**STIPULATED SATISFACTION AND RELEASE OF JUDGMENT
AGAINST LBM REALTY, LLC**

Now come the parties, plaintiffs, National Fair Housing Alliance, Inc., *et al.*, and defendant, LBM Realty, LLC, through their respective counsel, and stipulate that the Stipulated Judgment entered by the Court against defendant LBM Realty, LLC, on July 13, 2011, has been satisfied in full and should be released.

Respectfully Submitted,

*/s/ Charles F.G. Parkinson*
Charles F.G. Parkinson
HARRIS WELSH & LUKMANN
107 Broadway
Chesterton, IN 46304
Telephone: (219) 926-2114
cparkinson@hwllaw.com
Attorneys for defendant,
LBM Realty, LLC

*/s/ Michael Allen*
Michael Allen
Stephen M. Dane
Thomas J. Keary
Admitted pro hac vice
Relman & Dane, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
mallen@relmanlaw.com

John Emry (Indiana Bar No. 8360-49)
JOHN EMRY LAW
62 W. Jefferson Street
Franklin, IN 46131
Tel: 317-736-5800
johnemrylaw@att.net
Attorneys for plaintiffs

1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2015, a copy of the foregoing pleading or paper was electronically filed with the Clerk of the Court using the CM/ECF system and that said filing will be electronically sent to all parties of record and the following non-CM/ECF users: none

                                HARRIS WELSH & LUKMANN

                    By:    */s/Charles F. G. Parkinson*