UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No. 10-cv-0993-RLY-DML ) |
| S.C. BODNER COMPANY, INC., et al., | ) ) ) |
| Defendants. | ) |

## STIPULATED SATISFACTION AND RELEASE OF JUDGMENT AGAINST CROSS LAKE APARTMENTS, LLC

Plaintiffs National Fair Housing Alliance, Inc., Savannah-Chatham County Fair Housing Council, Inc., and Metro Fair Housing Services, Inc. and Defendant Cross Lake Apartments, LLC by and through their respective counsel, stipulate that the Stipulated Judgment entered by the Court against Defendant Cross Lake Apartments, LLC on August 24, 2012 has been satisfied in full and should be released.

Respectfully submitted,

GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, L.L.C.

BY: /s/ Lori R. Koch
    LORI R. KOCH
    7701 Clayton Rd.
    St. Louis, MO 63117
    (314)721-7171 phone
    (314)721-7765 facsimile
    lkoch@grlawstl.com
    *Attorneys for Cross Lake Apartments, LLC, Admitted Pro Hac Vice*

RELMAN, DANE & COLFAX, PLLC

BY: /s/ Michael Allen
    Michael Allen
    Stephen M. Dane
    Thomas J. Keary
    1225 19th Street, NW, Suite 600
    Washington, DC 20036
    (202)728-1888 phone
    mallen@relamanlaw.com

    John Emry (Indiana Bar No. 8360-49)
    JOHN EMRY LAW
    62 W. Jefferson Street
    Franklin, IN 46131
    (317)736-5800 phone
    johnemrylaw@att.net
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2016, a copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system and that said filing will be electronically sent to all parties of record and the following non-CM/ECF users:  none.


                                                             /s/ Lori R. Koch