UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC.; et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) CAUSE NO. 1:10-cv-00993-RLY-DML |
| S. C. BODNER COMPANY, INC.; et al., | ) ) ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF FINAL JUDGMENT DISMISSING
ALL CLAIMS AGAINST DEFENDANTS MORGAN OVERLOOK APARTMENTS,
LLC, MORGAN CRESCENT AT WOLFCHASE APARTMENTS, LLC and
HUNTSVILLE MAIN STREET APARTMENTS, LLC**

Plaintiffs National Fair Housing Alliance, Inc., *et al.*, and Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC, through their respective counsel, hereby move, unopposed, for the entry of a final judgment that dismisses with prejudice the claims set forth in the Amended Complaint against Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC.

The purpose of this Motion is to terminate this litigation in its entirety with respect to Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC. Accordingly, Plaintiffs respectfully request that the Court grants this Motion and enters a final judgment dismissing with prejudice the remaining claims against Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC described above.

Respectfully submitted,

By:    s\   STEPHANIE L. CASSMAN
John C. Trimble, #1791-49
Stephanie L. Cassman, #22206-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
jtrimble@lewiswagner.com
scassman@lewiswagner.com

*Counsel for Defendants*

By:    s\   MICHAEL ALLEN
Michael Allen
Stephen M. Dane
Thomas J. Keary
RELMAN, DANE & COLFAX, PLLC
1225 19th Street, NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
mallen@relmanlaw.com

John Emry (Indiana Bar No. 8360-49)
JOHN EMRY LAW
62 W. Jefferson Street Franklin, IN 46131
Tel: 317-736-5800
johnemrylaw@att.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, via the Court's electronic filing system, this 14th day of December, 2016:

| | |
|---|---|
| John William Emry, Jr.<br>johnemrylaw@att.net | Charles F.G. Parkinson<br>HARRIS WELSH & LUKMANN<br>cparkinson@hwllaw.com |
| David K. Herzog<br>Harmony A. Mappes<br>Paul A. Wolfla<br>FAEGRE BAKER DANIELS, LLP<br>david.herzog@faegrebd.com<br>harmony.mappes@faegrebd.com<br>paul.wolfla@faegrebd.com | Andrew W. Gruber<br>BINGHAM GREENBAUM DOLL LLP<br>agruber@bgdlegal.com |
| Michael Allen<br>Stephen M. Dane<br>Thomas J. Keary<br>RELMAN, DANE & COLFAX, PLLC<br>mallen@relmanlaw.com<br>sdane@relmanlaw.com<br>tkeary@relmanlaw.com | Christopher D. Oakes<br>COX, OAKES & ASSOCIATES, LTD.<br>cdoakes@coxattorneys.com |
| John Jewell<br>jewell@evansville.net | Lori R. Koch<br>GOFFSTEIN RASKAS POMERANTZ<br>KRAUS & SHERMAN, LLC<br>lkoch@grlawstl.com |

s\ STEPHANIE L. CASSMAN

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:      (317) 237-0500
Facsimile:       (317) 630-2790
jtrimble@lewiswagner.com
scassman@lewiswagner.com