UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC.; et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) CAUSE NO. 1:10-cv-00993-RLY-DML |
| S. C. BODNER COMPANY, INC.; et al., | ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT DISMISSING ALL CLAIMS AGAINST DEFENDANTS MORGAN OVERLOOK APARTMENTS, LLC, MORGAN CRESCENT AT WOLFCHASE APARTMENTS, LLC and HUNTSVILLE MAIN STREET APARTMENTS, LLC**

This matter is before the Court on the Motion for Entry of Final Judgment Dismissing All Claims Against Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC. Having considered this Motion, the Court hereby GRANTS the Motion.

IT IS NOW ORDERED that Plaintiffs' claims against Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC are DISMISSED, with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Final Judgment on the claims against Defendants Morgan Overlook Apartments, LLC, Morgan Crescent at Wolfchase Apartments, LLC and Huntsville Main Street Apartments, LLC shall be entered.

Dated: _____     _____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana